AO 91 (Rev. 11/11) Criminal Complaint

FILED

OCT 11 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Abelardo Gallegos (1),
Christian Javier Cruz Ortiz (2), and
Delmy Sonia Monterrosa Ayala (3)

*Defendant(s)*

Case No. 5:19-MJ-1183

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 10, 2019 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. §§ 846, 841(a)(1) & (b)(l)(A)(viii) | Conspiracy to Possess with Intent to Distribute 500 grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine.<br><br>PENALTIES: 10 years to LIFE imprisonment; $10,000,000 fine, Minimum mandatory 5 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Joe Quintero, DEA Task Force Officer

*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 10/11/2019

*Judge's signature*

City and state: San Antonio, Texas

Henry J. Bemporad, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, JOE QUINTERO, Task Force Officer, Drug Enforcement Administration, San Antonio, Texas, being duly sworn, depose and state as follows:

I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code (USC), Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

I am currently a Task Force Officer with the Drug Enforcement Administration (DEA), United States Department of Justice. I have been employed by the Hollywood Park Police Department for approximately thirty one years. I am presently assigned to the San Antonio District Office of the DEA, and specifically the High Intensity Drug Task Force (HIDTA). My present duties include the investigation of violations of the federal narcotics and money laundering laws by large-scale criminal organizations within the Western District of Texas.

During September 2019, a Drug Enforcement Administration source of information, herein referred to as SOI, has been in contact with a Houston FNU LNU using telephone number 832-994-3157. FNU LNU has been wanting to sell multi-kilograms of methamphetamine in the San Antonio, Texas area. FNU LNU asked SOI if he/she knew of any customers that could purchase multi-kilograms of methamphetamine. SOI contacted DEA TFO Joe Quintero, who working in an undercover capacity, agreed to pose as a buyer for the alleged methamphetamine.

TFO Quintero contacted DEA Special Agent Nathan Fountain in the Houston Division Office and informed them of the case. SA Fountain obtained a court order to ping FNU LNU's cellular phone, 832-994-3157.

On October 9, 2019, FNU LNU sent the SOI a photograph of a plastic tupperware type container with what appeared to be methamphetamine. At the time FNU LNU was sending the photograph the telephone ping was showing the phone to be located at 7500 Block of Beechnut Grove, Houston, Texas, an apartment Complex known as The Beechnut Apartments. FNU LNU asked the SOI to provide the photograph to TFO Quintero to see if the quality of the pictured methamphetamine was up to TFO Quintero's standard. TFO Quintero relayed to the SOI that the alleged methamphetamine looked fine. FNU LNU told the SOI that he would bring 4 kilograms to the Bucees gas station located in Luling, Texas. FNU LNU told the SOI that he would leave Houston at about 10:00 A.M. on October 10, 2019.

On October 10, 2019, DEA agents with the Houston Division set up surveillance on 7500 Block of Beechnut Grove. Agents observed two Hispanic males in the parking lot of the Beechnut Grove Apartments talking on the phone. FNU LNU's phone was also pinging in the immediate area. TFO Quintero had SOI call FNU LNU's cellular number and agents observed FNU LNU answer the phone. There were several Hispanic males that were standing next to a white truck. Minutes later, agents observed a heavy set Hispanic male, later identified as Abelardo GALLEGOS, placing a black plastic trash bag in the back seat of the white truck.

DEA Houston agents followed the white truck driven by Christian Javier CRUZ Ortiz and GALLEGOS as a passenger as it left the apartment complex. The truck was followed by a red Nissan Altima, driven by a Hispanic female later identified as Delmy Sonia MONTERROSA Ayala.

FNU LNU called the SOI and told the SOI that he was en route to meet TFO Quintero at the Buccees located in Luling, Texas.

Houston agents followed both vehicles to the Bucees gas station where they met with TFO Quintero. GALLEGOS met with TFO Quintero in front of the Bucees store and after a brief introduction GALLEGOS told TFO Quintero that he has the 4 kilograms of methamphetamine with him in a nearby vehicle. TFO Quintero told GALLEGOS that he would not produce the money unless GALLEGOS showed him the methamphetamine. GALLEGOS proceeds to call an unknown person and tell the person on the other line to drive up to gas pump number 11 that happened to be vacant. Minutes later, the same white truck that the Houston agent were following and maintaining constant visual surveillance on, pulled up to pump number 11. The truck was followed to the gas pumps by the red Nissan Altima driven by MOTERROSA Ayala. TFO Quintero asked GALLEGOS who was in the red Nissan. GALLEGOS said that's his female friend that followed them from Houston to Bucees. Once the truck parked by gas pump #11 GALLEGOS asked TFO Quintero to get in but TFO Quintero declined. GALLEGOS opened the driver's side rear door and told TFO Quintero that the methamphetamine was located in the center of the rear floor board.

TFO Quintero removed the plastic bag and placed it on the rear seat. TFO Quintero acknowledges CRUZ Ortiz, who is driving the truck. TFO Quintero opens the trash bag and found it to contain two Tupper ware type of containers that appeared to look similar to the one in the photograph that was sent to TFO Quintero. TFO Quintero opens the container and it contains a glass like substance that TFO Quintero believed to be methamphetamine. TFO Quintero told CRUZ Ortiz that it has a strong smell. CRUZ Ortiz agrees.

TFO Quintero told GALLEGOS that he would call for the money to be delivered. TFO Quintero called other agents and gave the arrest signal. TFO Quintero walked away from the white truck to retrieve the money and the arrest team moved in an arrested all three subjects listed in the affidavit.

Upon making the arrest, GALLEGOS was sitting in the rear passenger seat and proceeds to tell agents "I have a gun don't shoot." GALLEGOS was secured and a Smith & Wesson 9 MM Model # SW9VE, serial number DUV4230, was located in the seat pocket directly in front of where he was seated. Law Enforcement data base shows the gun was reported stolen out of Karnes County on October 6, 2019.

After being advised of his Miranda rights, GALLEGOS told agents that MONTERROSA Ayala brought him the plastic trash bag containing the methamphetamine and handed the bag to him and also followed him to meet with TFO Quintero.

Agents seized 4385.9 grams of suspected methamphetamine.

Joe Quintero, Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me this 11th of October, 2019.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE